UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-06-1913 |
| | § | |
| Brent Henry, | § | |
| | § | |
| Defendant. | § | |

## Order Vacating Arrest

The order to arrest Brent Henry is vacated. (13)

Signed on April 21, 2008, at Houston, Texas.

Lynn N. Hughes
United States District Judge